

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-01160-CV

FD FRONTIER DRILLING (CYPRUS), LTD; FRONTIER DRILLING USA, INC.; AND FRONTIER DRILLING AS; AND NOBLE DRILLING (U.S.), L.L.C., Appellants

V.

STEVE DIDMON, Appellee

Appeal from the 334th District Court of Harris County.   (Tr. Ct. No. 2011-00127).

**TO THE 334TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 1st day of May 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the appealable interlocutory order signed by the trial court on December 5, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order.   Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for further proceedings.
>
> The Court **orders** that the appellees, Steve Didmon, pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered May 1, 2014.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

